IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA JOLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERWOODS BEHAVIORAL HEALTH, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:21-cv-00561-WMR |

## NOTICE OF SETTLEMENT

Plaintiff Samantha Jolley ("Plaintiff") and Defendant Riverwoods Behavioral Health, LLC ("Defendant") (collectively referred to as the "Parties"), hereby provide notice to this Court that the parties to this civil action have reached a settlement, and expect to have the final joint stipulation of dismissal filed with the Court within thirty (30) days.

This 18th day of October, 2024.

| | |
|---|---|
| */s/ Milinda Brown*<br>Andrew M. Beal<br>Georgia Bar No. 043842<br>drew@beal.law<br>Milinda L. Brown | */s/ Daniel J. Huff* **<br>Daniel J. Huff<br>Georgia Bar No. 374860<br>dhuff@huffpowellbailey.com<br>Eric M.A. Wilder |

1

<div style="display: flex;">

<div>

Georgia Bar No. 363307
milinda@beal.law

**Beal Sutherland Berlin & Brown, LLC**
2200 Century Parkway
Suite 100
Atlanta, Georgia  30345
Telephone: (678) 449-0422

*Attorneys for Plaintiff*

</div>

<div>

Georgia Bar No. 618332
ewilder@huffpowellbailey.com

**Huff, Powell & Bailey, LLC**
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022

*Attorneys for Defendant*


(**\*\* *signed with expressed permission*)

</div>

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA JOLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERWOODS BEHAVIORAL HEALTH, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:21-cv-00561-WMR |

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

             */s/ Milinda Brown*
             Milinda L. Brown
             Georgia Bar No. 363307

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA JOLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERWOODS BEHAVIORAL HEALTH, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:21-cv-00561-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon all parties of record by filing same with the Court's electronic filing system which will deliver a copy to all counsel of record.

Respectfully submitted, this the 18th day of October, 2024.

*/s/ Milinda Brown*
Milinda L. Brown
Georgia Bar No. 363307

**Beal Sutherland Berlin & Brown, LLC**
2200 Century Parkway
Suite 100
Atlanta, Georgia  30345
Telephone: (678) 449-0422
*Attorneys for Plaintiff*

4